UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ASSOCIATED HOLDINGS, LLC | CIVIL ACTION |
| VERSUS | NO: 06-10008 |
| STEWART AND STEVENSON SERVICES, INC. | SECTION: A/3 |

## ORDER

The Court, after considering the record, the Magistrate Judge's Report and Recommendation, and finding that as of this date no objections to the Magistrate Judge's Report and Recommendation having been filed, hereby approves the Magistrate Judge's Report and Recommendation and adopts it as its opinion.

Accordingly, **IT IS ORDERED** that the plaintiff's **Motion to Enforce Settlement (Rec. Doc. #10)** be DENIED; and that this case be returned to the active docket and set for trial on the merits.

May 16, 2008

_____
JAY C. ZAINEY
UNITED STATES DISTRICT JUDGE